United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re:<br>    James E. Sutera,<br>                    Debtor | **Chapter 7**<br><br>**CASE NO. 17-40407(CEC)** |
| Gregory C. Szabo,<br>        Plaintiff<br>         -v-<br>James E. Sutera,<br>        Defendant | **ADV. PR. NO. 17-1056 (CEC)** |

**NOTICE OF ENTRY**

**To:** Gregory C. Szabo
50 South Street
Trumansburg, NY 14886

**PLEASE TAKE NOTICE,** that the within is a true copy of a Order, which has been signed by the Honorable Carla E. Craig, one of the Judges of the above noted Court, on the 30th day of April, 2016.

Dated: May 2, 2018

Yours, etc.

*[signature]*

John Wm. Zaccone,
*Attorney for Defendant*
2141 Richmond Road
Staten Island, NY 10306
Tel: 718.351.3900
Email: john@johnwmzaccone.com